# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| WAZIR MUJAHID EL-AMIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | No. 02-1210-T |
| ) | |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF CONTINUANCE

The jury trial in this case scheduled for November 16, 2005, is hereby continued. A criminal trial is scheduled the same day and must be heard because of the Speedy Trial Act. The new trial date is February 6, 2006, at 9:30 a.m.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

24 October 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 10/26/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 70 in case 1:02-CV-01210 was distributed by fax, mail, or direct printing on October 26, 2005 to the parties listed.

---

Wazir Mujahid El-Amin
219597
P.O. Box 351
Waupun, WI 53963

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT