098-007-00

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

| | |
|---|---|
| WAZIR MUJAHID EL-AMIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 02-1210-T |
| ) | Judge Todd |
| CORRECTIONS CORPORATION OF ) | |
| AMERICA, et. al. ) | |
| ) | |
| Defendants ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon agreement of the parties that this matter should be dismissed with prejudice, as evidenced by the signatures below, this Court is of the opinion that this matter should be dismissed in its entirety with prejudice to the re-filing of the same,

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that this cause be, and the same is hereby, dismissed against the Defendants, Corrections Corporation of America, Fred Figueroa and Danny Wilkes, with prejudice as an adjudication upon the merits, and it is,

**IT IS, FURTHER, ORDERED, ADJUDGED AND DECREED** that no discretionary costs, attorney fees or expenses will be applied for or awarded to either party.

DATED: This the 10th day of November, 2005.

_____
James D. Todd
JUDGE

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/10/05



APPROVED FOR ENTRY:

BY: _____          DATE: OCTOBER 28, 2005
   Wazir Mujahid El-Amin #219597
   Waupun Correctional Institution
   P.O. Box 351
   Waupun, WI 53963


PENTECOST, GLENN & RUDD, P.L.L.C.

BY: _____          DATE: November 8, 2005
   James L. Pentecost #011640
   William B. Mauldin #022912
   Attorneys for Defendants,
        Corrections Corporation of America,
        Fred Figueroa and Danny Wilkes
   106 Stonebridge Blvd.
   Jackson, Tennessee 38305
   (731) 668-5995

2

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party or each *pro se* party on or before the filing date thereof.

DATED: This the 9th day of November, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: _____

James I. Pentecost (#011640)
William B. Mauldin (#022912)
Attorneys for Defendants

Wazir Mujahid El-Amin, #219597
Waupun Correctional Institution
P.O. Box 351
Waupun, WI 53963

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 72 in case 1:02-CV-01210 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Wazir Mujahid El-Amin
219597
P.O. Box 351
Waupun, WI 53963

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

K. Michelle Booth
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT